**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7114**

---

RONALD JERRY SAWYER,

Plaintiff - Appellant,

versus

EDWARD MURRAY; LONNIE M. SAUNDERS; JACK LEE; COUNSELOR MUELLER; IRWIN BECKOFF; EDWARD CAREY; PSYCHOLOGIST DELK; PSYCHOLOGIST LIGHT-NER; KATIE BAILEY; MCI TELECOMMUNICATIONS CORPORATION; COLIN ANGLICKER; MR. BECKOFF, PSYCHOLOGIST; C/O MAYFIELD; C/O JOYNER; C/O BROWN; C/O LEE; C/O TYLER; C/O PAGE; C/O VALENTINE; C/O SMALLWOOD; C/O AUSTIN; INMATE BOWMAN; INMATE BROWN; INMATE DELOATCH; COUN-SELOR P.J. MUELLER; C/O SPOURSE, C/O SPROUSE, (Mr.); C/O KENNEDY; SERGEANT CAMPBELL; SERGEANT STONE; C/O HENDERSON; MAJOR BRAXTON, CHIEF OF SECURITY; SERGEANT BRAXTON; C/O WARNER; SERGEANT SMILEY; SERGEANT WILSON, SERGEANT SANTIAGO; CAPTAIN DAY; SERGEANT DAY; SERGEANT CARTER, SR.; SERGEANT CLIFTON: C/O WINDLE; C/O THOMPSON; C/O DUKE; C/O ROBERTS; C/O FITZGERALD; C/O BENNETT; C/O CARTER, JR.; C/O ALSTOCK; C/O MINTER; C/O FRIDLEY; C/O RINGO; C/O WAGNER; C/O WALTON; C/O INGRAM; C/O HARPER, SR.; S/O WHITLOCK; C/O PEYTON; C/O ALSTOCK; MRS. BRERETON, COUNSELOR; C/O STEWART; C/O SAMPSON; VONDA GRANT, GRIEVANCE COORDINATOR; MRS. BIRD, LAW LIBRARY; DOCTOR CASEY; C/O HUMPHRIES; C/O ODEN; JACK LEE; E.R. BARRACK, INTERNAL AFFAIRS; KENNETH MOORE, INTERNAL AFFAIRS; LARRY HUFFMAN, REGIONAL ADMINISTRATOR; MAJOR F.S. SPENCE; SOCIOLOGIST DANA VANSLYKE; MAJOR MAYES; MAJOR WALKER; MAJOR KARNICO; UNKNOWN MAJOR; C/O BOBBY VIA; C/O JIMMY CALE; MAJOR WILLIAMS; MS. MILLARD,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Chief District Judge. (CA-92-856-R, CA-93-891-R, CA-93-933-R)

Submitted: March 21, 1996          Decided: April 2, 1996

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronald Jerry Sawyer, Appellant Pro Se. Colin James Steuart Thomas, III, TIMBERLAKE, SMITH, THOMAS & MOSES, P.C., Staunton, Virginia; Leisa Kube Ciaffone, GENTRY, LOCKE, RAKES & MOORE, Roanoke, Virginia; Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Sawyer v. Murray</u>, Nos. CA-92-856-R; CA-93-891-R; CA-93-933-R (W.D. Va. June 5, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.[*]

<u>AFFIRMED</u>

---

[*] We further deny Sawyer's motions to appoint counsel; for "Transmission of Portions of Record Request;" "Motion and Memorandum of Law Asking Court to Recognize Issues of Discovery, Default Motions, and District Courts Order Granting Summary Judgement Prior to Ruling on all Plaintiffs Motions, and In Support of Plaintiff's Motion to Amend;" "Motion for Sanctions And For Order to Compel On Appeal And Expenses of Motion;" "Motion for Relief of Order Due to Denied Adequate copies by Staff VDOC And Legal Material, And to Add Supplemental Briefs-Showing Where Prior Judgement On Appeal Was Reversed Similar to This One On Appeal;" "Motion for Relief From Judgement Or Order Due to Mistake And Unreasonable Oppressivness;" and for hearing conference.